UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Antonio Sanchez-Avilez,<br><br>               Defendant. | CASE NO.: 19CR3704 AJB<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING<br><br>(Doc. No. 17) |

For good cause shown and upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for October 21, 2019 at 2:00 p.m., be continued to December 9, 2019, at 2:00 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act in the interests of justice.

**IT IS SO ORDERED.**

Dated: October 15, 2019

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge